IN THE BANKRUPTCY COURT FOR THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

JOSHUA J. ZIMMER
DENISE R. ZIMMER

                Debtor(s)
_____/

Case No. 11-63610-swr
Chapter 7
Judge: Walter Shapero

## NOTICE OF RULE 2004 EXAMINATION

**PLEASE TAKE NOTICE THAT** Trustee's Counsel held a 2004 examination of the Debtor(s) on October 26, 2011 at the law offices of Ellmann & Ellmann, P.C., at 308 West Huron, Ann Arbor, Michigan 48103.

Dated: October 26, 2011

/s/ Douglas S. Ellmann
Douglas S. Ellmann (P34617)
Ellmann & Ellmann, P.C.
308 W. Huron
Ann Arbor, MI 48103
734.668.4800
dse@ellmannlaw.com