IN THE BANKRUPTCY COURT FOR THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

JOSHUA J. ZIMMER
DENISE R. ZIMMER
              Debtor(s)
_____/

Case No. 11-63610-TJT
Chapter 7
Judge: THOMAS J. TUCKER

## WITHDRAWAL OF TRUSTEE NOTICE OF RULE 2004 EXAMINATION

     DOUGLAS S. ELLMANN, having been appointed Trustee of the estate of the above-named debtor(s), requests that his Notice of Rule 2004 Examination be withdrawn because it was erroneously filed.

Dated: 10/27/2011

/s/ Douglas S. Ellmann
Douglas S. Ellmann, Trustee
308 W. Huron
Ann Arbor, MI 48103
**(734) 668-4800**